# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIBANK, NA, AS TRUSTEE, | Civ. No.  S-13-1268 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| ARNEL FRANCISCO, et al., | |
| Defendants. | |

On August 1, 2013, the court directed Attorney Linda Voss to show cause within two weeks of that order why she should not be sanctioned in the amount of $1,500 for misrepresenting the timeliness of the removal of this action.  She was cautioned that failure to respond would result in the imposition of the monetary sanction and a report to the State Bar of California.  She has not responded to this court's order.

IT IS THEREFORE ORDERED that:

1. Linda Voss is sanctioned in the amount of $1,500 payable to the Clerk of the Court within seven days of the date of this order; failure to pay the imposed sanction will result in a further report to the State Bar;

/////

/////

/////

1

2. The Clerk of the Court is directed to send a copy of this order and of the order filed August 1, 2013, to the State Bar of California.

DATED: September 27, 2013.

_____
UNITED STATES DISTRICT JUDGE