UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIBANK, NA, AS TRUSTEE, | No. 2:13-CV-1268 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| ARNEL FRANCISCO, et. al., | |
| Defendants. | |

On August 1, 2013, the court directed Attorney Linda Voss to show cause within two weeks of that date why she should not be sanctioned in the amount of $1,500 for misrepresenting the timeliness of the removal of this action. She was cautioned that failure to respond would result in the imposition of sanctions and a report to the State Bar of California. ECF No. 11. She failed to respond. On September 30, 2012, the court sanctioned Voss, directing her to pay the sanction within seven days of the date of that order. She has not responded.

IT IS THEREFORE ORDERED that:

1. Ms. Voss is directed to appear on November 14, 2013 at 3:30 p.m. in Courtroom Three to show cause why she should not be found to be in contempt of court; and

/////

/////

/////

1

2.  The Clerk of the Court is directed to send a copy of this order to the State Bar of California and to Scott J. Drexel, 1325 Howard Avenue, # 151, Burlingame, California 94010, Ms. Voss's counsel in the disciplinary proceedings against her.

DATED: November 6, 2013.

_____
UNITED STATES DISTRICT JUDGE